# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Crazy |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/6/89     10/16/61 |
| Line 6 | Registration No(s). | RE 422-869     Ep 156698 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Making Love Out Of Nothing At All |
| Line 3 | Writer(s) | James Steinman a/k/a Jim Steinman |
| Line 4 | Publisher Plaintiff(s) | James Richard Steinman, an individual d/b/a Lost Boys Music |
| Line 5 | Date(s) of Registration | 9/26/83 |
| Line 6 | Registration No(s). | PA 190-188 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Ramblin Fever a/k/a Ramblin' Fever |
| Line 3 | Writer(s) | Merle Haggard |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 4/18/77 |
| Line 6 | Registration No(s). | Eu 776052 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Rocky Top |
| Line 3 | Writer(s) | Boudleaux Bryant; Felice Bryant |
| Line 4 | Publisher Plaintiff(s) | House of Bryant Publications, LLC |
| Line 5 | Date(s) of Registration | 12/4/67 |
| Line 6 | Registration No(s). | Ep 239124 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77    2/13/78<br>3/19/84   3/19/84 |
| Line 6 | Registration No(s). | Eu 761684    PA 178<br>PA 209-625   PAu 618-264 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | T R O U B L E a/k/a Trouble |
| Line 3 | Writer(s) | Jerry Chesnut |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 6/23/75 |
| Line 6 | Registration No(s). | Ep 339606 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| Line 1 | Claim No. | 8 |
|---|---|---|
| Line 2 | Musical Composition | Take This Job And Shove It |
| Line 3 | Writer(s) | David Allen Coe |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 11/11/77     3/7/78 |
| Line 6 | Registration No(s). | Eu 843650     PA 1-222 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Wonder Of You a/k/a The Wonder Of You |
| Line 3 | Writer(s) | Baker Knight |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 1/21/86    5/5/58 |
| Line 6 | Registration No(s). | RE 280-201    Eu 522857 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | You Should Be Dancing |
| Line 3 | Writer(s) | Barry Gibb; Maurice Gibb; Robin Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 7/21/76    5/31/77    3/19/84    3/19/84 |
| Line 6 | Registration No(s). | Eu 701122   Ep 369588   PAu 618-260 PA 209-608 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Underneath Your Clothes |
| Line 3 | Writer(s) | Lester Mendez; Shakira Isabel Ripoll |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Lester Antonio Mendez, an individual d/b/a Apollinaire Music; Aniwi Music, LLC |
| Line 5 | Date(s) of Registration | 1/23/02 |
| Line 6 | Registration No(s). | PA 1-058-060 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Ain't No Rest For The Wicked |
| Line 3 | Writer(s) | Matthew Shultz; Donald Shultz; Daniel Tichenor; Jared Champion; Lincoln Parish |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; R and R Nomad Publishing Company, a division of R & R Nomad Publishing Co. LLC; 4U2asky Entertainment Inc. |
| Line 5 | Date(s) of Registration | 9/2/08 |
| Line 6 | Registration No(s). | PA 1-608-399 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Stand By Me |
| Line 3 | Writer(s) | Ben E. King; Jerry Leiber p/k/a Elmo Glick; Mike Stoller p/k/a Elmo Glick |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 2/21/89    4/17/61    8/4/61    9/27/61 |
| Line 6 | Registration No(s). | RE 430-905    Eu 667764    Eu 683281    Ep156127 |
| Line 7 | Date(s) of Infringement | 6/9/18 |
| Line 8 | Place of Infringement | The Surf Restaurant |