UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BROADCAST MUSIC, INC., SONY/ATV SONGS, LLC, LOST BOYS MUSIC, HOUSE OF BRYANT PUBLICATIONS, LLC, GIBB BROTHERS MUSIC, CROMPTON SONGS, WARNER-TAMERLANE PUBLISHING CORP., SONGS OF UNIVERSAL, INC., EMI BLACKWOOD MUSIC, INC., APOLLINAIRE MUSIC, ANIWI MUSIC, LLC, R AND R NOMAD PUBLISHING COMPANY and 4U2ASKY ENTERTAINMENT INC.,

    Plaintiffs,

v.                                                                                      Case No: 5:19-cv-46-Oc-30PRL

THE SURF RESTAURANT, LLC, DENNIS ROLLKA and MIKE NARDONE,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. 8). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of March, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record